UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER COXON and CAMILLA ZOE CUDDY,<br><br>   *Plaintiffs*,<br><br>v.<br><br>SUSAN M. COXON,<br><br>   *Defendant*. | Civil Action No. 23-CV-30010-MGM |

## JOINT STATEMENT

Pursuant to Federal Rules of Civil Procedure 16(b)(3) and 26(f), Local Rule 16.1(d), and the Court's Order filed on May 3, 2023, the undersigned counsel for the parties have conferred and jointly submit the following Joint Statement in advance of the May 24, 2023 initial scheduling conference.

### A. Proposed Pretrial Schedule

Plaintiffs Christopher Coxon and Camilla Zoe Cuddy ("Plaintiffs") filed the operative complaint on January 27, 2023, and Defendant Susan M. Coxon ("Defendant") filed an answer on April 14, 2023. Counsel accordingly propose the following pre-trial schedule:

 1. **Amendment of Pleadings**: Except for good cause shown, and pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, the parties propose that motions for leave to add new parties or to amend the pleadings be filed by June 30, 2023.

 2. **Initial Disclosures**: The parties propose that the Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1) be served by June 2, 2023.

1

3. **Fact Discovery**: The parties propose that all fact discovery, including depositions, will be completed by February 29, 2024.

4. **Expert Discovery**: The parties propose the following deadlines for expert disclosures and discovery:

   a. All parties will disclose experts with reports by March 29, 2024.

   b. All parties will disclose rebuttal experts with reports by April 26, 2024.

   c. All expert depositions will be completed by May 31, 2024.

5. **Dispositive Motions**: The parties propose that any motions for summary judgment shall be filed by June 28, 2024.

B. **Other Issues**

1. **Obligation to Limit Discovery:** The parties confirm their obligation to limit discovery as set forth in Rule 26(b) of the Federal Rules of Civil Procedure.

2. **Electronic Information:** The parties have discussed the subject of electronically stored information. The parties have agreed that they will: (a) preserve all electronically stored information that falls within the scope of Rule 26 to the extent practicable, and (b) will use their best efforts to resolve amicably any issues that might arise concerning the scope and form of electronic discovery.

3. **Protective Order:** The parties do not anticipating seeking the entry of a stipulated protective order.

4. **Alternative Dispute Resolution:** The parties have discussed and will continue to consider the resolution of this litigation through mediation, settlement proposals and other alternative dispute resolution programs.

2304864

5.  **Magistrate Judge.**  The parties advise the Court that at least one party does not consent to trial by Magistrate Judge.

6.  **Certifications:**  The parties will file certifications of compliance with Local Rule 16.1(d)(3) by May 23, 2023.

RESPECTFULLY SUBMITTED,

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| CHRISTOPHER COXON and CAMILLA ZOE CUDDY | SUSAN M. COXON |
| By their attorneys, | By her attorney, |
| */s/ Ryan P. McManus* <br> Ryan P. McManus, BBO #673219 <br> Clinton R. Prospere, BBO #703834 <br> HEMENWAY & BARNES LLP <br> 75 State Street <br> Boston, MA 02109 <br> (617) 227-7940 <br> rmcmanus@hembar.com <br> cprospere@hembar.com | */s/ Theodore J. Folkman* <br> Theodore J. Folkman, BBO #647642 <br> RUBIN & RUDMAN, LLP <br> 53 State Street <br> Boston, MA 02109 <br> (617) 330-7000 <br> tfolkman@rubinrudman.com |

Dated: May 16, 2023

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, a copy of the foregoing document was electronically filed through the Electronic Case Files system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Ryan P. McManus*
Ryan P. McManus

2304864