UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER COXON and CAMILLA ZOE CUDDY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUSAN M. COXON,<br><br>　　　　Defendant. | Civil Action No. 3:23-cv-30010-MGM |

SCHEDULING ORDER

May 24, 2023

MASTROIANNI, U.S.D.J.

The court sets the following schedule for this case consistent with the parties' proposed pre-trial schedule (Dkt. No. 11):

1. Except for good cause shown, and pursuant to Fed. R. Civ. P. 15 and L.R. 15.1, motions for leave to add new parties or to amend the pleadings shall be filed on or before **June 30, 2023**.

2. The deadline for initial disclosures as required by Fed. R. Civ. P. 26(a)(1) is **June 2, 2023**.

3. All fact discovery, including depositions, shall be completed by **February 29, 2024**.

4. All parties shall disclose all trial experts and all information contemplated by Fed. R. Civ. P. 26(a)(2) on or before **March 29, 2024**.

5. All parties shall disclose all rebuttal experts and all information contemplated by Fed. R. Civ. P. 26(a)(2) on or before **April 26, 2024**.

6. All expert depositions shall be completed on or before **May 31, 2024**.

7. Dispositive motions, if any, shall be filed on or before **June 28, 2024**. Oppositions shall be filed within 30 days after service of the motion.

8. A hearing on any filed dispositive motions will be held on **September 4, 2024** at 10:00 AM. If no dispositive motions are filed, the hearing will be converted into an initial pretrial conference.

It is So Ordered.

       /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge