IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER COXON and CAMILLA ZOE CUDDY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUSAN M. COXON,<br><br>*Defendant*. | Civil Action No. 3:23-CV-30010 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal of all claims in this action with prejudice.  The parties waive all rights of appeal and shall bear their own costs and fees.

March 8, 2024

SUSAN M. COXON,

By her Attorneys,

/s/ Theodore J. Folkman
Theodore J. Folkman, BBO #647642
Stephanie Addeo, BBO #704555
RUBIN & RUDMAN, LLP
53 State Street
Boston, MA 02109
(617) 330-7000
tfolkman@rubinrudman.com
saddeo@rubinrudman.com

Respectfully submitted,

CHRISTOPHER COXON and
CAMILLA ZOE CUDDY

By their Attorneys,

/s/ Ryan P. McManus

Ryan P. McManus, BBO #673219
Clinton R. Prospere, BBO #703834
HEMENWAY & BARNES LLP
75 State Street
Boston, MA 02109
(617) 227-7940
rmcmanus@hembar.com
cprospere@hembar.com

1

2417013

## CERTIFICATE OF SERVICE

I, Ryan P. McManus, hereby certify that the foregoing document was filed using the CMF/ECF system on March 8, 2023, which sent notification of such filing to counsel of record.

/s/ Ryan P. McManus